**Charles G. BONCELET, Appellant,**

v.

**George KUGLER.**

**No. 71–1645.**

United States Court of Appeals, Third Circuit.

Submitted under Third Circuit Rule 12(6) May 26, 1972.

Decided May 26, 1972.

Charles G. Boncelet, pro se.

Michael Perle, Deputy Atty. Gen., Division of Criminal Justice, East Orange, N. J., for appellee.

Before STALEY, ALDISERT and HUNTER, Circuit Judges.

OPINION OF THE COURT

PER CURIAM:

We have considered all of appellant's contentions and have concluded that they are without merit.

The judgment of the district court will be affirmed.

**O. J. SMITH and Minnie R. Smith, Appellants,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Appellee.**

**No. 72–1025.**

United States Court of Appeals, Fourth Circuit.

Argued May 8, 1972.

Decided June 2, 1972.

Jeff D. Batts, Rocky Mount, N. C. (Biggs, Meadows, & Batts, Rocky Mount, N. C., on brief), for appellants.

Robert Stephens Watkins, Atty., Tax Division, Department of Justice (Scott P. Crampton, Asst. Atty. Gen., Meyer Rothwacks and Paul M. Ginsburg, Attys., Tax Division, Department of Justice, on brief), for appellee.

Before HAYNSWORTH, Chief Judge, RUSSELL, Circuit Judge, and BLATT, District Judge.

PER CURIAM:

The decision of the Tax Court is affirmed on its opinion. Smith et al. v. Commissioner, 56 T.C. 1249.

Affirmed.